# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROBERT JEFFREY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  CV416-218 |
| ) | |
| CAPITAL ONE BANK (USA), NA, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The Court having reviewed and considered the petition of Alexander H. Burke of the law firm of Burke Law Offices, LLC, 155 N. Michigan Avenue, Suite 9020, Chicago, Illinois 60601, for permission to appear pro hac vice on behalf of plaintiff Robert Jeffrey, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Alexander H. Burke as counsel of record for plaintiff Robert Jeffrey, in this case.

**SO ORDERED** this __3rd__ day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA